IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN THE MATTER OF THE SEARCH OF :  CASE NO. 3:15MJ081

HP Laptop, Serial #CNF7495Y2T, located
in custody of IRS-CI, 200 W. Second Street  :
Room 311, Dayton, OH 45402

---

ORDER SEALING APPLICATION, SEARCH WARRANT,
SUPPORTING AFFIDAVIT AND RETURN

---

Upon Motion of the United States Attorney and for good cause shown;

IT IS ORDERED that the Application, Supporting Affidavit, Search Warrant and Return for captioned Search Warrant be sealed and kept from public inspection until further Order of the Court, or the expiration of 120 days, whichever comes first.

June 14, 2016
DATE

SHARON L. OVINGTON
CHIEF UNITED STATES MAGISTRATE JUDGE